In the Matter of the Application of SAMUEL S. KOENIG, Appellant, *v.* J. GABRIEL BRITT et al., Constituting the Board of Elections of the City of New York, Respondents.

*Matter of Koenig* v. *Britt*, 146 App. Div. 371, reversed.
(Argued October 3, 1911; decided October 10, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered September 28, 1911, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the board of elections of the city of New York to print ballots to be used at the coming general election in accordance with the provisions of section 331 of the Election Law as it stood prior to its amendment by chapter 649 of the Laws of 1911.

*Herbert R. Limburg, A. S. Gilbert* and *Albert S. Bard* for appellant.

*Archibald R. Watson, Corporation Counsel (Abram I. Elkus, Terence Farley* and *George P. Nicholson* of counsel), for respondents.

*D-Cady Herrick* for Democratic State Committee, intervening.

The order of the Appellate Division should be reversed and that of the Special Term in substance affirmed, without costs.   There are some errors, however, in the form of the Special Term order, for which reason it must be modified, and the order for this may be settled on two days' notice before the chief judge of this court.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.